# UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| UNITED STATES OF AMERICA<br>v.<br><br>SAMUEL THOMAS GEREN JONES | GOVERNMENT'S 1st AMENDED EXHIBIT LIST<br><br>Case Number: 10-CR-180-N-EJL | |
|---|---|---|
| Presiding Judge: Edward J. Lodge | Plaintiff's Attorney: Nancy D. Cook | Defendant's Attorney: James Siebe |
| Trial Date: July 17, 2012 | Court Reporter/Recorder: Lisa Yant | Courtroom Deputy: Anne Lawron |

| No | Date Offered | Admitted | Description |
|---|---|---|---|
| 1 | 7/17/12 | by SLP | Bank of America Records - ETrade Plus Inc. (11921608) |
| 2 | | | Bank of America Records - Tommy G. Jones (32355356) |
| 3 | | | Bank of America Records - ETrade Plus Inc (11921517) |
| 4 | | | Inland Northwest Bank - Tommy Jones (93006021) |
| 5 | | | Inland Northwest Bank - Prestige Realty of North Idaho (1110047) |
| 6 | | | Certified Articles of Incorporation - eTrade Plus Inc. |
| 7 | | | Certified Articles of Incorporation - Prestige Realty of North Idaho, Inc. |
| | | | **CANAL STREET PROPERTY TRANSACTION** |
| 8 | | | Articles of Organization, Limited Liability Company - Blackwell Development Group, LLC |
| 9 | | | Blackwell Development Group, LLC Member Interest - Principal Terms of Investment |
| 10 | | | Alpha Lending, LLC, Escrow Instructions |
| 11 | | | Fulton Bank Records - Matthew T. Kelly |
| 12 | | | Email Correspondence between Sneed/Jones and Matthew Kelly |
| | | | **GOLF COURSE PROPERTY** |
| 13 | | | Warranty Deed for South Half of the Southeast Quarter of Section 3, Township 50 North, Range 4 West, Boise Meridian, Kootenai County - Golf Course Property |
| 14 | | | Deed of Trust for South Half of the Southeast Quarter of Section 3, Township 50 North, Range 4 West, Boise Meridian, Kootenai County - Golf Course Property |
| 15 | | | Sales Contract for South Half of the Southeast Quarter of Section 3, Township 50 North, Range 4 West, Boise Meridian, Kootenai County - Golf Course Property |
| | | | **CHRISSY AREVIK** |
| 16 | | | Inland N.W. Bank Cashier's Check 115607 dated 12/07/2007 |
| 17 | | | Inland N.W. Bank Cashier's Check 115608 dated 12/07/2007 |
| 18 | | | Inland N.W. Bank Cashier's Check 115615 dated 12/11/2007 |

*Handwritten annotation at right:* Bank certifications did not go back.

Case 2:10-cr-00180-EJL Document 137 Filed 07/1../2 Page 2 of 5

| | | | |
|---|---|---|---|
| 19 | | | Inland N.W. Bank Cashier's Check 115627 dated 01/10/2008 |
| 20 | | | Inland N.W. Bank Cashier's Check 117050 dated 03/04/2008 |
| | | | **MARSHA BOWLIN** |
| 21 | | | Building Lease - 805 Sherman Ave. |
| 22 | | | Purchase and Sale Agreement - 805 Sherman Ave. |
| 23 | | | Promissory Note - 805 Sherman Ave. |
| 24 | | | Payments for 805 Sherman Ave. |
| 25 | | | Statement for 805 Sherman Ave. |
| | | | **KAREN PICHOTTA** |
| 26 | | | 05/06/08 Email |
| 27 | | | 06/16/08 Email |
| 28 | | | 07/29/08 Email |
| 29 | | | 09/04/08 Email |
| | | | **DARREN IVEY** |
| 30 | | | 07/30/08 Email |
| 31 | | | 07/30/08 Email |
| 32 | | | 07/31/08 Email |
| 33 | | | 07/31/08 Email |
| 34 | | | 08/01/08 Email |
| 35 | | | 08/06/08 Email |
| 36 | | | 08/07/08 Email |
| 37 | | | 08/10/08 Email |
| 38 | | | 08/11/08 Email |
| 39 | | | 08/15/08 Email |
| 40 | | | 09/10/08 Email |
| 41 | | | 09/11/08 Email |
| 42 | | | 11/07/08 Email |
| | | | **KEELY BREWER** |
| 43 | | | 07/30/08 Email |
| 44 | | | 07/30/08 Email |
| 45 | | | 07/31/08 Email |
| 46 | | | 07/31/08 Email |
| 47 | | | 09/16/08 Email |
| 48 | | | 09/17/08 Invoice |

| # | | | Description |
|---|---|---|---|
| 49 | | | 09/17/08 Invoice |
| 50 | | | 09/18/08 Invoice |
| 51 | | | 09/18/08 Invoice |
| 52 | | | 09/19/08 Deposit Summary |
| 53 | | | 09/19/08 Deposit Summary |
| | | | **KEN WEINBURG** |
| 54 | | | 09/17/08 Invoice |
| 55 | | | 09/29/08 Invoice |
| 56 | | | 09/29/08 Invoice |
| | | | **CHRIS FAZZI** |
| 57 | | | 09/15/08 Email |
| 58 | | | 09/15/08 Email |
| 59 | | | 09/26/08 Email |
| 60 | | | 09/26/08 Email |
| 61 | | | 09/30/08 Email |
| 62 | | | 10/22/08 Email |
| 63 | | | 10/30/08 Email |
| 64 | | | 12/05/08 Email |
| | | | **RICHARD ROBINSON** |
| 65 | | | 08/18/08 Email |
| 66 | | | 08/18/08 Email |
| 67 | | | 08/22/08 Email |
| 68 | | | 08/22/08 Email |
| 69 | | | 08/22/08 Email |
| 70 | | | 09/11/08 Email |
| | | | **KAYE MOUNSEY** |
| 71 | | | 01/05/09 Email |
| 72 | | | 02/09/09 Email |
| 73 | | | Returned checks 1059 and 1063 |
| | | | **BRYANT GUNNERSON** |
| 74 | | | 11/13/07 Email |
| 75 | | | 11/17/07 Email |
| 76 | | | 11/29/07 Email |
| 77 | | | 12/04/07 Email |

| | | | |
|---|---|---|---|
| 78 | | | 12/07/07 Email |
| 79 | | | 12/07/07 Email |
| 80 | | | 01/23/08 Email |
| 81 | | | 04/04/08 Email |
| 82 | | | 04/12/08 Chat |
| 83 | | | 05/13/08 Chat |
| 84 | | | 05/16/08 Chat |
| 85 | | | 05/29/08 Email |
| 86 | | | 05/29/08 Chat |
| 87 | | | 05/29/08 Chat |
| 88 | | | 07/09/08 Email |
| 89 | | | 08/05/08 Email |
| 90 | | | 08/08/08 Email |
| 91 | | | 08/08/08 Chat |
| 92 | | | 08/10/08 Email |
| 93 | | | 08/13/08 Email |
| 94 | | | 09/04/08 Email |
| 95 | | | 09/04/08 Email |
| 96 | | | 09/10/08 Email |
| 97 | | | 09/15/08 Email |
| 98 | | | 09/30/08 Email |
| 99 | | | 10/01/08 Email |
| 100 | | | 10/27/08 Email |
| 101 | | | 10/30/08 Email |
| 102 | | | 11/08/08 Chat |
| 103 | | | 11/09/08 Email |
| | | | **SUMMARY CHARTS** |
| 104 | 7/20/12 | A | Dawn Forest Money |
| 105 | 7/20 | A | TRU Electronics Chart and corresponding documents |
| 106 | 7/20 | A | TRU Electronics Chart and corresponding documents |
| 107 | 7/20 | A | Trinity Trading Chart and corresponding documents |
| 108 | 7/20 | A | Continental Recycling Chart and corresponding documents |
| 109 | | w/d | Timeline (w/d by govt) |

| | | | Dawn Forest | |
|---|---|---|---|---|
| 110 | 7/17 | A | "Missing Invoice" list | not for the truth of the matter |
| 111 | 7/17 | A-Stip | Photograph of 644 Canal Street | |
| 112 | 7/19 | A-Stip | Copy of Idaho Transportation Record - Jones | |