UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 10-0180-N-EJL |
| | ) | |
| Plaintiff, | ) | VERDICT |
| | ) | |
| vs. | ) | |
| | ) | |
| SAMUEL THOMAS GEREN JONES, | ) | |
| | ) | |
| Defendant(s). | ) | |

We, the Jury empaneled in the above-entitled action, unanimously find the Defendant, SAMUEL THOMAS GEREN JONES:

**COUNT ONE:**

___ Not Guilty           _X_ Guilty

**COUNT TWO:**

___ Not Guilty           _X_ Guilty

**COUNT THREE:**

___ Not Guilty           _X_ Guilty

VERDICT - PAGE 1

**COUNT FOUR:**

___ Not Guilty         _X_ Guilty

**COUNT FIVE:**

___ Not Guilty         _X_ Guilty

**COUNT SIX:**

___ Not Guilty         _X_ Guilty

**COUNT SEVEN:**

___ Not Guilty         _X_ Guilty

**COUNT EIGHT:**

___ Not Guilty         _X_ Guilty

**COUNT NINE:**

___ Not Guilty         _X_ Guilty

**COUNT TEN:**

_X_ Not Guilty         ___ Guilty

**COUNT ELEVEN:**

_X_ Not Guilty         ___ Guilty

**COUNT TWELVE:**

___ Not Guilty         _X_ Guilty

**COUNT THIRTEEN:**

___ Not Guilty         _X_ Guilty

VERDICT - PAGE 2

**COUNT FOURTEEN:**

___ Not Guilty          _X_ Guilty

**COUNT FIFTEEN:**

___ Not Guilty          _X_ Guilty

**COUNT SIXTEEN:**

___ Not Guilty          _X_ Guilty

**COUNT SEVENTEEN:**

___ Not Guilty          _X_ Guilty

**COUNT EIGHTEEN:**

___ Not Guilty          _X_ Guilty

**COUNT NINETEEN:**

___ Not Guilty          _X_ Guilty

**COUNT TWENTY:**

___ Not Guilty          _X_ Guilty

**COUNT TWENTY-ONE:**

___ Not Guilty          _X_ Guilty

**COUNT TWENTY-TWO:**

___ Not Guilty          _X_ Guilty

_John Mainini_                     7-26-2012
FOREPERSON                         DATE

VERDICT - PAGE 3