UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-2010-180-N-EJL |
| Plaintiff, | |
| v. | **ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| SAMUEL THOMAS GEREN JONES, | |
| Defendant. | **FILED UNDER SEAL** |
| * SNEED | |

James E. Siebe, attorney for Samuel Thomas Geren Jones, the defendant in the above-entitled action, having presented his petition to the Court, and good cause appearing therefrom;

IT IS HEREBY ORDERED that the Clerk of the Court be, and hereby is, instructed to issue a Writ of Habeas Corpus Ad Testificandum to the Superintendent of the FCI ENGLEWOOD Correctional Center, and to the United States Marshal for the District of Idaho, to bring **TRAVIS SNEED,** #10991-085, to the United States Courthouse in Coeur d'Alene, Idaho, on **June 19, 2012 at 9:30 a.m.** of said day for the purpose of testifying in the above-entitled case, said TRAVIS SNEED to be retained in the custody of the United States Marshal until the conclusion of his testimony at that hearing. **IT IS FURTHER ORDERED** that this ex parte petition and order remain sealed. **IT IS SO ORDERED.**

DATED this 7th day of May, 2012.

_Darlene Smith_

ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM (FILED UNDER SEAL) - 1

I have (partially) (fully) executed the within _WRIT_ by receiving the body of _TRAVIS SNEED_ on _3/1/12_ ___ him ___ to _Spokane County Jail on local charges_ Morgan, Deputy U.S. Marshal

FCI Englewood authorized to execution of the local writ per Ron Currens, BOP

E-mailed to Alex, Coleen, Darrin, Penny 01May12 WSB

FAXED to FCI Englewood
DATE: 01May12
Initials: WSB