**SIEBE LAW OFFICES PLLC**
JAMES E. SIEBE, ISBN 2362
202 E. Second Street
P.O. Box 9045
Moscow, ID 83843
Telephone: (208) 883-0622
Facsimile: (208) 882-8769

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-2010-180-N-EJL |
| Plaintiff, ) | |
| ) | **MOTION FOR JUDGMENT** |
| v. ) | **OF AQUITTAL** |
| ) | |
| SAMUEL THOMAS GEREN JONES, ) | |
| Defendant. ) | |

COMES NOW Defendant, SAMUEL THOMAS GEREN JONES, by and through his attorney of record, and, pursuant to F.R.C.P. 29 moves for judgment of acquittal on all twenty (20) counts of the indictment of which he was convicted by jury on July 27, 2012 (specifically Counts I-IX, and XII-XXII). This motion is based upon the fact that the Government failed to present evidence sufficient to sustain the convictions.

Additionally, Defendant submits that it was a violation of his Due Process Rights of the Fifth and Fourteenth Amendments of the United States Constitution for the Government to enter into a Plea Agreement with co-Defendant, Justin Travis Sneed, making certain factual admissions by Mr. Sneed relative to his posing as

MOTION FOR JUDGMENT OF AQUITTAL - 1

Defendant herein, and then to present evidence and/or argue that Mr. Jones was complicit or performed such fraud. The Court is requested to judicially note the Plea Agreement from Mr. Sneed's file (Case No. CR-10-180-N-EJL-1).

Oral argument and leave to brief this motion is hereby requested.

DATED this 9th day of August, 2012.

Respectfully submitted,

_____
JAMES E. SIEBE
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of August, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System which sent a Notice of Electronic Filing to the Registered Participants as well as faxed said document to Registered participants on file in this matter.

For the Government:    Nancy D. Cook

_____

MOTION FOR JUDGMENT OF AQUITTAL - 2