**SIEBE LAW OFFICES PLLC**
JAMES E. SIEBE, ISBN 2362
202 E. Second Street
P.O. Box 9045
Moscow, ID  83843
Telephone:  (208) 883-0622
Facsimile:  (208) 882-8769


UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>SAMUEL THOMAS GEREN JONES,<br><br>                    Defendant. | Case No.  CR-2010-180-N-EJL<br><br><br>**MOTION TO VACATE AND CONTINUE SENTENCING** |

COMES NOW the defendant, by and through his attorney of record, and respectfully requests that Court vacate and continue the sentencing in the above-entitled matter on the grounds and for the reasons that defense counsel did not receive the presentence investigation report (emailed to him at his request) until Monday, September 24, 2012.

In support of this motion, counsel submits the following:

1. That he met and reviewed the presentence report questionnaire with his client prior in time to meeting with Steve Cedros, the presentence investigator in the matter. Through a delay in making the appointment, occasioned by a combination of miscommunication between the

undersigned and his client, the schedule of the undersigned's court and trial schedule, and the fact that Mr. Cedros was out of the office for a period following the conviction, the parties were unable to arrange a meeting until August 22, 2012;

2. That at the time of the meeting, Mr. Cedros mentioned the fact that the fact that the time schedules were short, and counsel fully expected that some type of extension of time would sought and granted relative to presentation of the report (on the other hand, counsel did not receive any such motion or order, but was not surprised that he did not receive any such document on the due date of August 31, 2012).

Counsel has contacted Nancy Cook, the Assistant United States Attorney in charge of the case, who emailed him back and stated that she had no objection to vacating and continuing the sentencing date.

The undersigned respectfully requests that the sentencing be vacated and reset so that he would have adequate opportunity to discuss the matter with his client, appellate counsel, and to prepare a sentencing memorandum. Counsel's *unavailable* dates are as follows:

October 11, 12, 15-20, 24, 25, 26, 29, 31

November 6-10, 15, 19-23, 26-30

December 10-14, 19

MOTION TO VACATE AND
CONTINUE SENTENCING                   - 2

January 2-8 ,10-12, 22

February 5-10

DATED this 26th day of  September, 2012.

SIEBE LAW OFFICES PLLC

JAMES E. SIEBE
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of  September, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System which sent a Notice of Electronic Filing to the Registered Participants as well as faxed said document to Registered participants on file in this matter.

All Defense Counsel

For the Government:      Nancy D. Cook

MOTION TO VACATE AND
CONTINUE SENTENCING                    - 3